IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLENE J. GARNER,<br><br>   Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>   Defendant | Case No.: 1:10-cv-01151 JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 11) |

Parties have stipulated by counsel to extend the period of time for the Plaintiff to file her Opening Brief. (Doc. 11). The Scheduling Order allows a single thirty-day extension by the stipulation of parties. (Doc. 6 at 4). Accordingly, it is HEREBY ORDERED that Plaintiff is granted an extension of time until March 16, 2011, to file her Opening Brief.

IT IS SO ORDERED.

Dated:   **February 17, 2011**                             /s/ Jennifer L. Thurston
                                                                  UNITED STATES MAGISTRATE JUDGE